No. 200.  SHOPMEN'S LOCAL UNION No. 733, INTER-NATIONAL ASSOCIATION OF BRIDGE, STRUCTURAL & ORNAMENTAL IRON WORKERS, A. F. OF L., *v.* NATIONAL LABOR RELATIONS BOARD.  C. A. 6th Cir.  Certiorari denied. *Warren E. Hall, Jr.* and *Margaret Hills Fairleigh* for petitioner. *Solicitor General Soberoff, Theophil C. Kammholz, David P. Findling, Dominick L. Manoli* and *Robert G. Johnson* for respondent.

No. 202.  STELLA *v.* KAISER ET AL.  C. A. 2d Cir.  Certiorari denied. *Lewis M. Dabney, Jr.* for petitioner. *Harold H. Corbin* for Kaiser et al., and *Louis F. Carroll* for the Kaiser-Frazer Corporation, respondents.

No. 203.  MARTIN, TRUSTEE, *v.* JOHNSTON.  Supreme Court of Florida.  Certiorari denied. *Robert H. Anderson* for petitioner. *William C. Gaither* for respondent.

No. 204.  LURIE ET AL. *v.* UNITED STATES.  C. A. 7th Cir.  Certiorari denied. *Nathan M. Cohen* for Lurie, and *George F. Callaghan* for Dworett, petitioners. *Solicitor General Soberoff, Assistant Attorney General Olney, Beatrice Rosenberg* and *Carl H. Imlay* for the United States.

No. 205.  WICHMAN *v.* ALLIS CHALMERS MANUFACTURING Co.  C. A. 8th Cir.  Certiorari denied. *Sam B. Sebree* for petitioner. *Walter A. Raymond* for respondent.

No. 206.  NOEL ESTATE, INC. ET AL. *v.* RUSSELL.  C. A. 5th Cir.  Certiorari denied. *Charles L. Barnett* for petitioners.